**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DEACON COOPER,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )          Case No. CIV-26-642-J
                                        )
UNITED STATES,                          )
                                        )
            Defendant.                  )

## ORDER

Plaintiff filed suit on March 30, 2026 [Doc. No. 1] and the service deadline expired on June 28, 2026.  *See* Fed. R. Civ. P. 4(m).[1]  To date, Plaintiff has not filed proof of service, *see* LCvR 4.2, and thus shall SHOW CAUSE why this matter should not be dismissed without prejudice. Plaintiff's deadline is August 11, 2026.

IT IS SO ORDERED this 28th day of July, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Amended Complaint [Doc. No. 8] did not restart the service deadline.  *See Bolden v. City of Topeka, Kas.*, 441 F.3d 1129, 1148 (10th Cir. 2026).